IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| **FRANZ WAKEFIELD** | § § § | |
| Plaintiff | § § | C.A. No_____ |
| vs | § § | |
| **LIBERTY POWER CORP. LLC.** | § § § § | **TRIAL BY JURY DEMANDED** |
| **Defendant** | § | |

# COMPLAINT

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE:**

COMES NOW, Plaintiff, FRANZ WAKEFIELD, by and through his undersigned

counsel of record, hereby alleges the following causes of action:

## I. INTRODUCTION

1. Plaintiff brings this action for overtime compensation and other relief under the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201 et seq., against his former employer LIBERTY POWER CORP., LLC.

2. Plaintiff, FRANZ WAKEFIELD, was an employee of Defendant, LIBERTY POWER CORP, a Florida corporation doing business in Fort Lauderdale,

Florida. He was hired as a telesales agent, and remained in that position until he was fired on March 18, 2011.

3. The Court has jurisdiction pursuant to 28 U.S.C. § 1331.

4. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. 1391(b) because a substantial portion of the events giving rise to this action occurred in Broward County Florida.

5. Plaintiff worked for Liberty Power as an hourly employee, with the job title of Telesales Agent. In his position as Telesales agent, his duties included making phone calls to potential clients, preparing documents to mail to clients and potential clients, making copies, sending faxes, and all other aspects of making a sale.

## II. PARTIES

6. Plaintiff at all times material to this complaint was an "employee" of Defendant as defined by the FLSA and is a resident of Miami-Dade County Florida. Plaintiff worked at Liberty Power Corp., located at 1901 Cypress Creek Road, Suite 600,

7. Defendant was at all times material to this complaint, "employer" of Plaintiff as defined by the FLSA and doing business in Broward County, Florida.

8. Defendant, LIBERTY POWER CORP., is a Fort Lauderdale corporation with its principal place of business at 1901 W. Cypress Creek Road, Suite 600, Fort Lauderdale, FL 33309. Its registered agent is Corporate Creations Network, Inc., 11380 Prosperity Farms Road, # 221E, Palm Beach Gardens, FL 33410.

### III. General Allegations

9. The Plaintiff, at all time material to this Complaint was employed by the Defendant in the aforesaid enterprise, and was an "employee" within the meaning of the FLSA and employed in Broward County, Florida.

10. At all times material hereto, Plaintiff was performing his duties for the benefit of and on behalf of Liberty Power Corp., as more fully alleged in Paragraph 5.

11. Plaintiff regularly worked overtime hours, but was never paid overtime for any of the time worked from his hire in November 2009 until time clocks were installed in January 2011.

12. At all times material to this Complaint, Liberty Power Corp. failed to comply with the FLSA in that Plaintiff performed services for Liberty Power Corp. for which no provision was made by Defendant to pay Plaintiff properly for all overtime hours – that is, all of the hours worked in excess of forty (40) within a workweek.

13. Plaintiff was entitled to an overtime rate of pay equal to time and one- half wages for overtime hours worked.

14. In the course of her employment with Liberty Power Corp., the Plaintiff was not paid his overtime rate of pay for all overtime hours worked.

15. Plaintiff was a non-exempt employee, as he received an hourly wage. Plaintiff would arrive at work early in the morning, and leave late at night, and was not paid for his time.

## IV. Damages, Liquidated Damages, and Other Relief

16. Plaintiff has retained Coane and Associates. to represent him, and Plaintiff has incurred, and will continue to incur, attorney's fees and costs accordingly, which are a proper part of the relief sought in this action.

17. Plaintiff seeks to recover relief from Defendant that includes, but is not limited to, overtime compensation, liquidated damages, and the costs and reasonable attorney's fees under the provisions of the FLSA.

## V. Recovery for Overtime Compensation

18. Plaintiff re-adopts and re- alleges here all allegations contained in Paragraphs 1through 17 above.

19. Plaintiff is entitled to be paid his overtime rate of pay for each hour worked in excess of forty (40) hours per work week.

20. Defendant's actions were intentional, willful and unlawful.

21. By reason of the said intentional, willful and unlawful acts of Liberty Power Corp., Plaintiff has suffered damages plus incurring costs and attorney's fees in bringing this action.

22. As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

23. Plaintiff demands a jury trial.

WHEREFORE, Plaintiff prays for judgment against Defendant, for all damages, including without limitation, the payment of all overtime hours at the respective overtime rates of pay due Plaintiff for the hours worked by them for which they have not been properly compensated, liquidated damages, reasonable attorney's fees, costs of suit, prejudgment interest, and all other available relief.

Respectfully Submitted,

**/s/ Lauren T. Schlossberg**
Florida Bar No. 92027
Lauren.schlossberg@coane.com
COANE AND ASSOCIATES
407 Lincoln Road, Suite 10-B
Miami Beach, Florida 33139
Telephone:   305-538-6800
Facsimile:   305-538-6804
Counsel for the Plaintiff