UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60297-CIV-DIMITROULEAS/SNOW

FRANZ A. WAKEFIELD,

    Plaintiff,

vs.

LIBERTY POWER CORP., LLC,

    Defendant.

_____/

## OMNIBUS ORDER GRANTING IN PART MOTION TO AMEND AND DENYING MOTION FOR CLASS CERTIFICATION AS MOOT

THIS CAUSE is before the Court upon Plaintiff's Opposed Motion for Leave to Amend Plaintiff's Motion for Conditional Certification of Class [DE 24], filed on September 18, 2012. The Court has carefully considered the Motion and Defendant's Response in Opposition [DE 26] and is otherwise fully advised in the premises.

Plaintiff filed a motion to certify a collective action in this FLSA case. [DE 17]. Defendant filed a response in opposition arguing that the motion was deficient in a number of ways. [DE 18]. The time for Plaintiff to file a reply came and went. Belatedly, Plaintiff filed a motion to amend his motion to certify a collective action. In other words, Plaintiff has tacitly acknowledged that his original motion was deficient. Plaintiff has high hopes that an amended motion will cure the original defects.

Because an amended motion would be timely under this Court's scheduling order, *see* [DE 13], the Court will allow Plaintiff to file an amended motion to certify a collective action. However, Plaintiff should take care to file a proper motion, as the Court is unlikely to allow

Plaintiff a third opportunity.

Plaintiff had originally requested thirty (30) days to file the amended motion, but the Court finds that length of time unreasonable. Plaintiff must file the amended motion on or before October 5, 2012.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Opposed Motion for Leave to Amend Plaintiff's Motion for Conditional Certification of Class [DE 24] is **GRANTED**;

2. Plaintiff must file an amended motion on or before October 5, 2012;

3. Plaintiff's original motion to certify a collective action [DE 17] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of September, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record