# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 12-60297-CIV-DIMITROULEAS/SNOW

FRANZ WAKEFIELD,                              )
                                             )
                    Plaintiff                )
          vs.                                )
                                             )
LIBERTY POWER CORP., LLC,                    )
                                             )
                    Defendants               )
                                             )
                                             )
                                             )
_____)

## AFFIDAVIT OF MICHAEL JONES

1.  My name is Michael Jones. I am over 18 years of age. I am currently employed at Liberty
    Power as a Telesales Agent., but I am on medical leave until February. The information
    contained in this affidavit is based on my personal knowledge.

2.  Liberty Power did not have time clocks installed for the Telesales agents until January
    2011. Before the time clocks were installed we used time sheets to keep track of our
    hours. We were strictly told not to record any time over 40 hours because they would not
    pay overtime.

3.  I would arrive to work between 7: 15 and 7:30 each day, and I would not leave until
    either 5:30 or 6:00. I also worked through lunch. I did not receive any overtime before the
    time clocks were installed for all of the hours I worked.

4.  I worked with Franz Wakefield, another Telesales Agent. He was always at the office
    with me in the morning and in the afternoon. We were the only people who arrived that
    early each day. He would also work through lunch with me.

5. I was a top performer along with Mr. Wakefield, and it had to do with the hours we put in. We did not receive any compensation for this work however.

6. I know that other Telesales Agents were also affected by this failure to pay overtime. I specifically know Sam Rivera and Bill Beson were never compensated.

I declare under penalty of perjury that he foregoing is true and correct.

Dated: 9/20/12

Signature: *Michael Jones*

Michael Jones