My name is William Beson. I am employed at Liberty Power as an Outbound Sales Agent. I am paid an hourly wage. I properly recorded all my hours worked and was properly paid for all hours I worked. I did not perform work off the clock.

I declare under penalty of perjury that the foregoing is true and correct.

Dated 4/23/2012

_____
Employee

_____
Witness

**Exhibit 2**