UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**FRANZ WAKEFIELD,**

    Plaintiff,

Vs.                              Case No.: 0:12-CV-60297-WPD

**LIBERTY POWER CORP., LLC,**

    Defendant.

_____/

## DECLARATION OF CAROL MOSCHELLA

1. My name is Carol Moschella. I am over eighteen years of age. I am employed by Liberty Power as the People Manager. In this role, I am responsible for the human resources and payroll functions at the company. The information contained in this declaration is based on my personal knowledge.

2. Liberty Power employs individuals as Outbound Sales Agents. These individuals are sometimes referred to as Telesales Agents. Mr. Franz Wakefield was employed by the company in this role.

3. Outbound Sales Agents are paid an hourly wage and are considered nonexempt under the Fair Labor Standards Act. The Outbound Sales Agents are responsible for recording all hours worked and submitting those hours to the company for proper payment. The company pays Outbound Sales Agents for all hours reported as worked. Additionally, if an Outbound Sales Agents works more than 40 hours in a single workweek, the Outbound Sales Agent is paid time and one half of his or her regular rate of pay for all hours worked over 40.

**Exhibit 3**

1988564.1

1

4. Liberty Power has never asked or required its Outbound Sales Agents to work off the clock or to not properly record their hours worked. In fact, the company requires its employees to properly record all hours worked so that they may be paid appropriately.

5. I am not aware of any Outbound Sales Agent working off of the clock or not being properly paid.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/17/12

_____
Carol Moschella