UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-60297-WPD

FRANZ WAKEFIELD,

    Plaintiff

vs.

LIBERTY POWER CORP., LLC

    Defendant.
_____/

## JOINT MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

Plaintiff, Franz Wakefield (hereinafter "Plaintiff"), and Defendant, Liberty Power Corp., LLC (hereinafter "Defendant") (collectively, the "Parties"), by and through their attorneys, hereby move this Court for the entry of an Order approving their settlement and dismissing this case with prejudice. In support of this Motion, the Parties state:

1. The Parties, through their respective counsel, stipulate to dismiss with prejudice the Complaint in this case, which alleges, violations of the Fair Labor Standards Act.

2. The Parties further stipulate that they have resolved their disputes pursuant to a Settlement Agreement and General Release. The Parties submit the Settlement Agreement and General Release attached as Exhibit A.

3. The Parties respectfully request that the Court approve the terms of the Settlement Agreement because it is a fair and reasonable resolution of Plaintiff's claims.

4. Parties separately negotiated the amounts to be paid to the Plaintiff and to his attorneys. First, the parties agreed to terms for the amount owed to Plaintiff. Only after

that amount was agreed to did parties agree to terms for the amount to be paid to Plaintiff's attorneys.

5.  All Parties have been represented by competent counsel.

WHEREFORE, Plaintiff, Franz Wakefield and Defendant Liberty Power Corp. LLC hereby move for the entry of an Order approving their Settlement Agreement as a fair, adequate and reasonable resolution of the claims raised, or which could have been raised, in this litigation and dismissing this case with prejudice.

Respectfully submitted on this 4th day of November, 2013.

| | |
|---|---|
| Feldman Morgado, P.A. | Constangy, Brooks & Smith, LLP |
| Counsel for Plaintiff | Counsel for Defendant |
| 100 N. Biscayne Blvd. | 100 N. Tampa Street |
| Suite 2902 | Suite 3350 |
| Miami, Florida  33132 | Tampa, Florida 33601 |
| Telephone: (305) 222-7850 | Telephone: (813) 223-7166 |
| Facsimile:  (305) 384-4676 | Telephone: (813) 223-2515 |
| | |
| By:  s/ R. Edward Rosenberg | By:  s/ Angelique Groza Lyons |
| R. Edward Rosenberg, Esq. | Angelique Groza Lyons, Esq. |
| Florida Bar No. 88231 | Florida Bar No. 118801 |
| erosenberg@ffmlawgroup.com | alyons@constangy.com |

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system

s/ R. Edward Rosenberg
Attorney for Plaintiff

2